UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAWARD SMITH, a/k/a HAYWARD SMITH | CIVIL ACTION NO. 20-1306-P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| TERRY HENRY, ET AL | MAG. JUDGE MARK L. HORNSBY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No.10] having been considered, no written objections thereto having been filed, and finding that same is supported by the law and record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted.

MONROE, LOUISIANA this 13th day of July 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE